**Jil Mazer-Marino, Esq.**
**MEYER, SUOZZI, ENGLISH & KLEIN, P.C.**
**990 Stewart Avenue, Suite 300**
**P.O. Box 9194**
**Garden City, New York 11530-9194**
**Telephone: (516) 741-6565**
**Facsimile: (516) 741-6706**

*Counsel for the Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| BARRY'S AUTO BODY REPAIR, INC., | Case No. 15-10505 (SHL) |
| Debtor. | |

-------------------------------------------------------x

## NOTICE OF AUCTION RESULTS

**PLEASE TAKE NOTICE THAT** pursuant to the *Order, Pursuant To 11 U.S.C. §§ 105 And 363 and Fed. R. Bankr. P. 2002, 6004 and 9014(a): Approving (A) Bid Procedures, (B) Stalking Horse Bidder and Bid Protections, and (C) Approving Form and Manner of Notice of Sale, Auction and Sale Hearing* [Dkt. No. 102] (the "**Bid Procedures Order**"), on April 25, 2017, the chapter 7 trustee (the "**Trustee**") for the above referenced debtor conducted an auction (the "**Auction**") of the estate's right, title and interest in and to the real property commonly known as 1932 Jerome Avenue, Bronx, New York (the "**Property**").

**PLEASE TAKE FURTHER NOTICE** that, at the conclusion of the Auction, the Trustee determined that the $2,000,000.00 offer submitted by 3400 Park Palace LLC ("**Buyer**") was the highest or otherwise best offer for the Property.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bid Procedures Order, a hearing will be held before the Honorable Sean H. Lane on **May 9, 2017 at 10:00 a.m.**, at the United States Bankruptcy Court, One Bowling Green, New York, New York 10004-1408, Courtroom 523, at which time the Court will consider the approval of the sale of the Property to Buyer.

Dated:    Garden City, New York         **MEYER, SUOZZI, ENGLISH & KLEIN P.C.**
              April 27, 2016                          *Attorneys for Chapter 7 Trustee*

                                                            **By:    /s/ Jil Mazer-Marino**
                                                                 Jil Mazer-Marino, Esq.
                                                            **990 Stewart Avenue, Suite 300**
                                                            **P.O. Box 9194**
                                                            **Garden City, New York 11530-9194**
                                                            **Phone: (516) 741-6565**
                                                            **jmazermarino@msek.com**

1173544