UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| Barrys Auto Body Repair, Inc. | § | Case No. 15-10505-shl |
| | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Jil Mazer-Marino, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $131,000.00 (Without deducting any secured claims) | Assets Exempt: NA |
| Total Distributions to Claimants: $1,091,788.17 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: $559,613.81 | |

   3) Total gross receipts of $2,001,983.98 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,001,983.98 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $3,600,000.00 | $508,999.48 | $507,275.02 | $487,275.02 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $559,501.89 | $559,613.81 | $559,613.81 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $46,000.00 | $3,813.77 | $3,813.77 | $3,813.77 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $13,900.00 | $2,050,794.12 | $2,035,012.45 | $600,699.38 |
| **TOTAL DISBURSEMENTS** | $3,659,900.00 | $3,123,109.26 | $3,105,715.05 | $1,651,401.98 |

4) This case was originally filed under chapter 7 on 03/05/2015, and it was converted to chapter 7 on 07/30/2015. The case was pending for 40 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.** The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :   07/03/2018            By :   /s/ Jil Mazer-Marino
                                              Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

UST Form 101-7-TDR (10/1/2010) (Page: 2)

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| 1932 Jerome Avenue, Bronx, NY | 1110-000 | $2,000,000.00 |
| Adjustment for NYC Property Tax | 1210-000 | $1,983.98 |
| **TOTAL GROSS RECEIPTS** | | **$2,001,983.98** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Titleland Agency, Inc. | 4700-000 | NA | $25,824.82 | $25,824.82 | $25,824.82 |
| | 1998-2 Trust/MTAG | 4700-000 | NA | $188,174.36 | $188,174.36 | $188,174.36 |
| | NYCTL 2015-A Trust MTAG | 4700-000 | NA | $74,688.55 | $74,688.55 | $74,688.55 |
| | NYCTL 2016-A Trust MTAG | 4700-000 | NA | $39,739.16 | $39,739.16 | $39,739.16 |
| | NEW YORK CITY OFFICE OF | 4700-000 | NA | $29,599.59 | $29,599.59 | $29,599.59 |
| | Marko-Ram Group & Related | 4110-000 | NA | $129,248.54 | $129,248.54 | $129,248.54 |
| 00001 | New York City Water Board | 4110-000 | NA | $1,724.46 | $0.00 | $0.00 |
| 00008 | Barrington Mclean | 4110-000 | NA | $20,000.00 | $20,000.00 | $0.00 |
| | Bank of New York | | $1,200,000.00 | NA | NA | $0.00 |
| | Lender's Capital, LLC c/o Morris | | $1,200,000.00 | NA | NA | $0.00 |
| | Marco-Ram Group | | $1,200,000.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | **$3,600,000.00** | **$508,999.48** | **$507,275.02** | **$487,275.02** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NYC Dept of Finance | 2820-000 | NA | $58.00 | $58.00 | $58.00 |
| NYS Department of Taxation and | 2820-000 | NA | $55.00 | $55.00 | $55.00 |
| NYC Dept of Finance | 2820-000 | NA | $55.00 | $55.00 | $55.00 |
| NYC Dept of Finance | 2820-000 | NA | $68,522.00 | $68,522.00 | $68,522.00 |
| JIL MAZER-MARINO | 2200-000 | NA | $0.00 | $111.92 | $111.92 |
| NYS Department of Taxation and | 2820-000 | NA | $17.00 | $17.00 | $17.00 |
| GARY R. LAMPERT, CPA | 3420-000 | NA | $217.70 | $217.70 | $217.70 |
| NYS Department of Taxation and | 2820-000 | NA | $58.00 | $58.00 | $58.00 |
| NYS Department of Taxation and | 2820-000 | NA | $68,938.00 | $68,938.00 | $68,938.00 |
| NYS Department of Taxation and | 2820-000 | NA | $19,509.00 | $19,509.00 | $19,509.00 |
| TitleLand Agency, Inc. | 2500-000 | NA | $50.00 | $50.00 | $50.00 |
| JIL MAZER-MARINO | 2100-000 | NA | $83,309.52 | $83,309.52 | $83,309.52 |
| MYC & ASSOCIATES INC. | 3510-000 | NA | $120,000.00 | $120,000.00 | $120,000.00 |
| eScribers LLC | 2990-000 | NA | $397.85 | $397.85 | $397.85 |
| Veritext | 2990-000 | NA | $256.50 | $256.50 | $256.50 |
| Office of the United States Trustee | 2950-000 | NA | $1,950.00 | $1,950.00 | $1,950.00 |
| MEYER SUOZZI ENGLISH & KLEIN PC | 3110-000 | NA | $160,746.50 | $160,746.50 | $160,746.50 |
| MEYER SUOZZI ENGLISH & KLEIN PC | 3120-000 | NA | $2,116.18 | $2,116.18 | $2,116.18 |
| GARY R. LAMPERT, CPA | 3410-000 | NA | $18,659.00 | $18,659.00 | $18,659.00 |
| Empire National Bank | 2600-000 | NA | $2,018.92 | $2,018.92 | $2,018.92 |
| EmpireNationalBank | 2600-000 | NA | $12,026.43 | $12,026.43 | $12,026.43 |
| International Sureties Ltd | 2300-000 | NA | $253.91 | $253.91 | $253.91 |
| Texas Capital Bank | 2600-000 | NA | $270.38 | $270.38 | $270.38 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $559,484.89 | $559,596.81 | $559,596.81 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NYC Department of Finance | | $46,000.00 | NA | NA | $0.00 |
| 00002A | New York State Department Of | 5800-000 | NA | $756.41 | $756.41 | $756.41 |
| 00002B | New York State Department Of | 5800-000 | NA | $3,057.36 | $3,057.36 | $3,057.36 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $46,000.00 | $3,813.77 | $3,813.77 | $3,813.77 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8-1 | Barrington McLean | 7200-000 | NA | $830,000.00 | $830,000.00 | $0.00 |
| 00007 | American Infosource Lp As Agent | 7100-000 | NA | $163.36 | $163.36 | $81.43 |
| 00006 | Vsa Services Corp. | 7100-000 | NA | $180,000.00 | $180,000.00 | $89,730.10 |
| 00005 | Lenders Capital LLC | 7100-000 | NA | $1,017,522.27 | $1,017,522.27 | $507,235.42 |
| 00004 | NYC Office Of Administrative | 7100-000 | NA | $15,781.67 | $0.00 | $0.00 |
| 00003 | Joseph A. Altman P.C. | 7100-000 | NA | $6,345.00 | $6,345.00 | $3,162.99 |
| 00002C | NEW YORK STATE DEPARTMENT | 7100-000 | NA | $981.82 | $981.82 | $489.44 |
| | NYC Environmental Control Boar | | $13,900.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $13,900.00 | $2,050,794.12 | $2,035,012.45 | $600,699.38 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: | 15-10505 | Judge: | Sean H. Lane | Trustee Name: | Jil Mazer-Marino |
|---|---|---|---|---|---|
| Case Name: | Barrys Auto Body Repair, Inc. | | | Date Filed (f) or Converted (c): | 07/30/2015 (c) |
| | | | | 341(a) Meeting Date: | 09/09/2015 |
| For Period Ending: | 07/03/2018 | | | Claims Bar Date: | 05/27/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1.  1932 Jerome Avenue, Bronx, NY | 1,200,000.00 | 2,000,000.00 | | 2,000,000.00 | FA |
| 2.  Cash on Hand | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 3.  Rents Due | 130,000.00 | 0.00 | | 0.00 | FA |
| 4.  Adjustment for NYC Property Tax (u) | 0.00 | 1,983.98 | | 1,983.98 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 1,331,000.00 | 2,002,983.98 | | 2,001,983.98 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**Initial Projected Date of Final Report(TFR) :** 12/31/2018     **Current Projected Date of Final Report(TFR) :** 12/31/2018

**Trustee's Signature**     /s/Jil Mazer-Marino        **Date:** 07/02/2018
Jil Mazer-Marino
990 Stewart Avenue
Suite 300
Garden City, NY 115309194
Phone : (516) 592-5922

UST Form 101-7-TDR (10/1/2010) (Page 6)                                                    **Exhibit 8**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 15-10505 | |
| Case Name: | Barrys Auto Body Repair, Inc. | |
| Taxpayer ID No: | **-***1304 | |
| For Period Ending: | 7/3/2018 | |

| | | |
|---|---|---|
| Trustee Name: | Jil Mazer-Marino | |
| Bank Name: | Empire National Bank | |
| Account Number/CD#: | ******6092 Checking Account | |
| Blanket bond (per case limit): | 77,473,905.00 | |
| Separate bond (if applicable): | 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/20/2017 | | Transfer from Acct # xxxxxx6109 | Transfer of Funds | 9999-000 | 1,544,258.55 | | 1,544,258.55 |
| 06/20/2017 | 10001 | International Sureties Ltd<br>Suite 420<br>701 Poydras Street<br>New Orleans , LA 70139 | 2017-2018 Blanket Bond | 2300-000 | | 253.91 | 1,544,004.64 |
| 06/22/2017 | 10002 | eScribers LLC<br>3527th Avenue, Suite 604<br>New York New , York 10001 | For payment of five (5) transcripts | 2990-000 | | 397.85 | 1,543,606.79 |
| 07/03/2017 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 814.33 | 1,542,792.46 |
| 07/24/2017 | 10003 | Veritext<br>P.O. Box 71303<br>Chicago , IL 60694-1303 | Payment for Court Reporter services at Auction - Inv. No. NY2956013 | 2990-000 | | 256.50 | 1,542,535.96 |
| 08/01/2017 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 2,293.29 | 1,540,242.67 |
| 09/01/2017 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 2,289.26 | 1,537,953.41 |
| *09/15/2017 | 10004 | New York City Office of Administrative Trials and Hearings<br>66 John Street, 10th Floor<br>New York New , York 10038 | Payment of ECB violations | 4700-000 | | 29,599.59 | 1,508,353.82 |
| | | | Page Subtotals | | 1,544,258.55 | 35,904.73 | |

UST Form 101-7-TDR (10/1/2010) (Page 7)                                                                                               Exhibit 9

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **15-10505**  
Case Name: **Barrys Auto Body Repair, Inc.**  
Taxpayer ID No: **\*\*-\*\*\*1304**  
For Period Ending: **7/3/2018**

Trustee Name: **Jil Mazer-Marino**  
Bank Name: **Empire National Bank**  
Account Number/CD#: **\*\*\*\*\*\*6092 Checking Account**  
Blanket bond (per case limit): **77,473,905.00**  
Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/28/2017 | 10005 | New York City Office of Administrative Trials and Hearings<br>66 John Street, 10th Floor<br>New York New , York 10038 | Payment of ECB violations | 4700-000 | | 29,599.59 | 1,478,754.23 |
| *09/28/2017 | | New York City Office of Administrative Trials and Hearings<br>66 John Street, 10th Floor<br>New York New , York 10038 | Payment of ECB violations | 4700-000 | | (29,599.59) | 1,508,353.82 |
| 10/02/2017 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 2,212.12 | 1,506,141.70 |
| 11/01/2017 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 2,254.30 | 1,503,887.40 |
| 12/01/2017 | | EmpireNationalBank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 2,163.13 | 1,501,724.27 |
| 12/27/2017 | | Empire National Bank | Bank Service Fee | 2600-000 | | 2,018.92 | 1,499,705.35 |
| 12/28/2017 | | Transfer to Texas Capital Bank | Transfer to Texas Capital Bank | 9999-000 | | 1,499,705.35 | 0.00 |
| | | | Page Subtotals | | 0.00 | 1,508,353.82 | |

UST Form 101-7-TDR (10/1/2010) (Page 8)

Exhibit 9

15-10505-shl    Doc 147    Filed 07/31/18    Entered 07/31/18 15:23:26    Main Document
Pg 9 of 18

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-10505 | Trustee Name: | Jil Mazer-Marino |
|---|---|---|---|
| Case Name: | Barrys Auto Body Repair, Inc. | Bank Name: | Empire National Bank |
| | | Account Number/CD#: | ******6092 Checking Account |
| Taxpayer ID No: | **-***1304 | Blanket bond (per case limit): | 77,473,905.00 |
| For Period Ending: | 7/3/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

Page Subtotals

| | | |
|---|---|---|
| **COLUMN TOTALS** | 1,544,258.55 | 1,544,258.55 |
| Less:Bank Transfer/CD's | 1,544,258.55 | 1,499,705.35 |
| **SUBTOTALS** | 0.00 | 44,553.20 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 0.00 | 44,553.20 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 15-10505
Case Name: Barrys Auto Body Repair, Inc.
Taxpayer ID No: **-***1304
For Period Ending: 7/3/2018

Trustee Name: Jil Mazer-Marino
Bank Name: Empire National Bank
Account Number/CD#: ******6109 Checking Account
Blanket bond (per case limit): 77,473,905.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/26/2017 | | 3400 Park Palace LLC | Supplement to Good Faith Deposit To be held in escrow pending closing - Pursuant to Stalking Horse Bidder/Bid Procedures Order dated 3/24/17 [Dkt. No. 102] | 1180-000 | 50,000.00 | | 50,000.00 |
| 04/26/2017 | | Shoshani Family Trust | Good Faith Deposit for Back Up Bid | 1180-000 | 162,750.00 | | 212,750.00 |
| 05/18/2017 | | Meyer Suozzi English & Klein, P.C. 990 Stewart Avenue Garden City , NY 11530 | Good Faith Deposit To be held in escrow until closing - Pursuant to Stalking Horse Bidder/Bid Procedures Order dated 3/24/17 [Dkt. No. 102] | 1180-000 | 155,000.00 | | 367,750.00 |
| 05/31/2017 | [1] | Mikal Management Co., Inc. | Deposit for sale of 1932 Jerome Avenue, Bronx, NY | 1110-000 | 205,000.00 | | 572,750.00 |
| 06/05/2017 | 10002 | 3400 Park Palace, LLC c/o Christopher D. McDonald, Esq. Law Office of Mitchell Mund 100-15 Queens Boulevard, Suite 1 Forest Hills New , York 11375 | Return of deposit - replaced by wire transfer funds | 1180-000 | (205,000.00) | | 367,750.00 |
| 06/08/2017 | [4] | Mitchell Mund | Adj to Purchase Price for Estate Advance of Real Estate Taxes - Payor is counsel for purchaser | 1210-000 | 1,983.98 | | 369,733.98 |
| 06/08/2017 | [1] | Mikal Management Co., Inc. | Proceeds from sale of 1932 Jerome Avenue, Bronx, NY and pursuant to the order approving the sale dated 5/12/17 [Dkt. No. 109] | 1110-000 | 1,795,000.00 | | 2,164,733.98 |
| | | | Page Subtotals | | 2,164,733.98 | 0.00 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-10505 | Trustee Name: | Jil Mazer-Marino |
| --- | --- | --- | --- |
| Case Name: | Barrys Auto Body Repair, Inc. | Bank Name: | Empire National Bank |
| | | Account Number/CD#: | ******6109 Checking Account |
| Taxpayer ID No: | **-***1304 | Blanket bond (per case limit): | 77,473,905.00 |
| For Period Ending: | 7/3/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/08/2017 | 10003 | TitleLand Agency, Inc.<br>27 William Street, Suite 1205<br>New York New , York 10005 | Payment of open water and tax liens pursuant to order approving sale dated 5/12/17 [Dkt. No. 109] plus $50 in closing costs | | | | 25,874.82 | 2,138,859.16 |
| | | | Closing cost in connection with sale of 1932 Jerome Avenue, Bronx, NY | (50.00) | 2500-000 | | | |
| | | | Payment of open water and tax liens pursuant to order approving sale dated 5/12/17 [Dkt. No. 109] | (25,824.82) | 4700-000 | | | |
| 06/09/2017 | 10004 | Shoshani Family Trust | Return of deposit for purchase of 1932 Jerome Avenue, Bronx, NY | | 1180-000 | (162,750.00) | | 1,976,109.16 |
| 06/09/2017 | 10005 | 1998-2 Trust/MTAG<br>NYCTL 1998-2/MTAG<br>Attn: Lockbox 223762 500 Ross Street154-0455<br>Pittsburgh , PA 15251-0001 | Payment of Lien No. 1214701 (Tax Lien) - Pursuant to sale order dated 5/12/17 [Dkt. No. 109] | | 4700-000 | | 188,174.36 | 1,787,934.80 |
| 06/09/2017 | 10006 | NYCTL 2015-A Trust MTAG<br>Attn: 360296<br>500 Ross Street 154-0455<br>Pittsburgh , PA 15262-0001 | Payment of Lien No. 1483820 (Tax Lien) - Pursuant to sale order dated 5/12/17 [Dkt. No. 109] | | 4700-000 | | 74,688.55 | 1,713,246.25 |
| 06/09/2017 | 10007 | NYCTL 2016-A Trust MTAG<br>Attn: 360139<br>500 Ross Street 154-0455<br>Pittsburgh , PA 15262-0001 | Payment of Lien No. 1684082 (Tax Lien) - Pursuant to sale order dated 5/12/17 [Dkt. No. 109] | | 4700-000 | | 39,739.16 | 1,673,507.09 |
| | | | | | Page Subtotals | (162,750.00) | 328,476.89 | |

UST Form 101-7-TDR (10/1/2010) (Page 11)                                                                                                     **Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: **15-10505** | Trustee Name: | **Jil Mazer-Marino** |
| Case Name: **Barrys Auto Body Repair, Inc.** | Bank Name: | **Empire National Bank** |
| | Account Number/CD#: | ******6109 Checking Account |
| Taxpayer ID No: **\*\*-\*\*\*1304** | Blanket bond (per case limit): | **77,473,905.00** |
| For Period Ending: **7/3/2018** | Separate bond (if applicable): | **0.00** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/13/2017 | 10008 | Lorieanne DeLitta as Attorney Marko-Ram Group & Related Companies 188 Summerfield Street Scarsdale New , York 10583 | Payoff of Mortgage - Pursuant to sale order dated 5/12/17 [Dkt. No. 109] | 4110-000 | | 129,248.54 | 1,544,258.55 |
| 06/20/2017 | | Transfer to Acct # xxxxxx6092 | Transfer of Funds | 9999-000 | | 1,544,258.55 | 0.00 |

| | | | |
|---|---|---|---|
| | Page Subtotals | 0.00 | 1,673,507.09 |
| | **COLUMN TOTALS** | 2,001,983.98 | 2,001,983.98 |
| | Less:Bank Transfer/CD's | 0.00 | 1,544,258.55 |
| | **SUBTOTALS** | 2,001,983.98 | 457,725.43 |
| | Less: Payments to Debtors | | 0.00 |
| | **Net** | 2,001,983.98 | 457,725.43 |

UST Form 101-7-TDR (10/1/2010) (Page 12)                                        **Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 15-10505  
Case Name: Barrys Auto Body Repair, Inc.  
Taxpayer ID No: **-***1304  
For Period Ending: 7/3/2018  

Trustee Name: Jil Mazer-Marino  
Bank Name: Texas Capital Bank  
Account Number/CD#: ******0384 Checking Account  
Blanket bond (per case limit): 77,473,905.00  
Separate bond (if applicable): 0.00  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/28/2017 | | Transfer from Empire Bank | Transfer from Empire Bank | 9999-000 | 1,499,705.35 | | 1,499,705.35 |
| 01/03/2018 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 270.38 | 1,499,434.97 |
| *02/07/2018 | 53001 | NYS Corporation Tax | Check reversed | 2820-003 | | 58.00 | 1,499,376.97 |
| *02/07/2018 | | NYS Corporation Tax | Check reversed | 2820-003 | | (58.00) | 1,499,434.97 |
| 02/07/2018 | 53002 | NYS Corporation Tax | 2016 Form CT-3M (EIN 20-5221304) | 2820-000 | | 17.00 | 1,499,417.97 |
| *02/07/2018 | 53003 | NYC Dept of Finance | Check reversed | 2820-003 | | 58.00 | 1,499,359.97 |
| *02/07/2018 | | NYC Dept of Finance | Check reversed | 2820-003 | | (58.00) | 1,499,417.97 |
| 02/07/2018 | 53004 | NYS Corporation Tax | 2015 Form CT-3 (EIN 20-5221304) | 2820-000 | | 58.00 | 1,499,359.97 |
| 02/07/2018 | 53005 | NYS Corporation Tax | 2015 Form CT-3M (EIN 20-5221304) | 2820-000 | | 17.00 | 1,499,342.97 |
| 02/07/2018 | 53006 | NYC Dept of Finance | 2015 Form NYC-200V (EIN 20-5221304) | 2820-000 | | 58.00 | 1,499,284.97 |
| 02/07/2018 | 53007 | NYS Corporation Tax | 2016 Form CT-3 (EIN 20-5221304) | 2820-000 | | 55.00 | 1,499,229.97 |
| | | | | Page Subtotals | 1,499,705.35 | 475.38 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No.: 15-10505
Case Name: Barrys Auto Body Repair, Inc.
Taxpayer ID No: **-***1304
For Period Ending: 7/3/2018

Trustee Name: Jil Mazer-Marino
Bank Name: Texas Capital Bank
Account Number/CD#: ******0384 Checking Account
Blanket bond (per case limit): 77,473,905.00
Separate bond (if applicable): 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/07/2018 | 53008 | NYC Dept of Finance | 2016 Form NYC-200V (EIN 20-5221304) | 2820-000 | | 55.00 | 1,499,174.97 |
| 02/07/2018 | 53009 | NYS Corporation Tax | 2017 Form CT-3 (EIN 20-5221304) | 2820-000 | | 68,938.00 | 1,430,236.97 |
| 02/07/2018 | 53010 | NYS Corporation Tax | 2017 Form CT-3M (EIN 20-5221304) | 2820-000 | | 19,509.00 | 1,410,727.97 |
| 02/07/2018 | 53011 | NYC Dept of Finance | 2017 Form NYC-200V (EIN 20-5221304) | 2820-000 | | 68,522.00 | 1,342,205.97 |
| *03/05/2018 | 53012 | Internal Revenue Service<br>2 Metrotech Center<br>100 Myrtle Avenue - 6th Floor<br>Brooklyn, NY 11201 | Check reversed because it was incorrectly issued to the IRS, it should be Department of Treasury | 2810-003 | | 350,582.00 | 991,623.97 |
| *03/05/2018 | | Internal Revenue Service<br>2 Metrotech Center<br>100 Myrtle Avenue - 6th Floor<br>Brooklyn, NY 11201 | Check reversed because it was incorrectly issued to the IRS, it should be Department of Treasury | 2810-003 | | (350,582.00) | 1,342,205.97 |
| 03/05/2018 | 53013 | Department of Treasury<br>Internal Revenue Service<br>2 Metrotech Center<br>100 Myrtle Avenue - 6th Floor<br>Brooklyn, NY 11201 | EIN 20-5162055; Form 1120-Year 2017 (Case No. 15-10505) | 2810-000 | | 350,582.00 | 991,623.97 |
| 05/09/2018 | 53014 | JIL MAZER-MARINO<br>990 STEWART AVENUE, SUITE 300<br>GARDEN CITY, NY 11530 | | 2100-000 | | 83,309.52 | 908,314.45 |
| | | | | Page Subtotals | 0.00 | 590,915.52 | |

UST Form 101-7-TDR (10/1/2010) (Page 14)

**Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-10505 | Trustee Name: | Jil Mazer-Marino |
| Case Name: | Barrys Auto Body Repair, Inc. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******0384 Checking Account |
| Taxpayer ID No: | **-***1304 | Blanket bond (per case limit): | 77,473,905.00 |
| For Period Ending: | 7/3/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/09/2018 | 53015 | JIL MAZER-MARINO<br>990 STEWART AVENUE, SUITE 300<br>GARDEN CITY, NY 11530 | Trustee Expenses | 2200-000 | | 111.92 | 908,202.53 |
| 05/09/2018 | 53016 | Office of the United States Trustee<br>201 Varick Street, Room 1006<br>New York New , YORK 10014 | | 2950-000 | | 1,950.00 | 906,252.53 |
| 05/09/2018 | 53017 | MEYER SUOZZI ENGLISH & KLEIN PC<br>990 STEWART AVENUE, SUITE 300<br>GARDEN CITY, NY 11530-9194 | | 3110-000 | | 160,746.50 | 745,506.03 |
| 05/09/2018 | 53018 | MEYER SUOZZI ENGLISH & KLEIN PC<br>990 STEWART AVENUE, SUITE 300<br>GARDEN CITY, NY 11530-9194 | | 3120-000 | | 2,116.18 | 743,389.85 |
| 05/09/2018 | 53019 | GARY R. LAMPERT, CPA<br>100 MERRICK RD<br>Suite 211-W<br>ROCKVILLE CENTRE, NY 11570 | | 3410-000 | | 18,659.00 | 724,730.85 |
| 05/09/2018 | 53020 | GARY R. LAMPERT, CPA<br>100 MERRICK RD<br>Suite 211-W<br>ROCKVILLE CENTRE, NY 11570 | | 3420-000 | | 217.70 | 724,513.15 |
| 05/09/2018 | 53021 | MYC & ASSOCIATES INC.<br>1110 South Avenue, Suite 61<br>Staten Island, NY 10314 | | 3510-000 | | 120,000.00 | 604,513.15 |
| | | | | Page Subtotals | 0.00 | 303,801.30 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-10505 | | Trustee Name: | Jil Mazer-Marino |
| Case Name: | Barrys Auto Body Repair, Inc. | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******0384 Checking Account |
| Taxpayer ID No: | **-***1304 | | Blanket bond (per case limit): | 77,473,905.00 |
| For Period Ending: | 7/3/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/09/2018 | 53022 | New York State Department Of Taxati Finance<br>Bankruptcy Section<br>P O Box 5300<br>Albany New , YORK 12205-0300 | Disb of 100.00% to Claim #00002B | 5800-000 | | 3,057.36 | 601,455.79 |
| 05/09/2018 | 53023 | New York State Department Of Taxati Finance<br>Bankruptcy Section<br>P O Box 5300<br>Albany New , YORK 12205-0300 | Disb of 100.00% to Claim #00002A | 5800-000 | | 756.41 | 600,699.38 |
| 05/09/2018 | 53024 | NEW YORK STATE DEPARTMENT OF TAX & FINANCE<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany , NY 12205-0300 | Disb of 49.85% to Claim #00002C | 7100-000 | | 489.44 | 600,209.94 |
| 05/09/2018 | 53025 | Joseph A. Altman P.C.<br>Joseph A. Altman Esq.<br>951 Bruckner Blvd., 1St Fl.<br>Bronx New , YORK 10459 | Disb of 49.85% to Claim #00003 | 7100-000 | | 3,162.99 | 597,046.95 |
| 05/09/2018 | 53026 | Lenders Capital LLC<br>C/O Morrison Tenenbaum<br>87 Walker Street, Second Floor<br>New York , NY 10013 | Disb of 49.85% to Claim #00005 | 7100-000 | | 507,235.42 | 89,811.53 |
| | | | Page Subtotals | | 0.00 | 514,701.62 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-10505 | | Trustee Name: | Jil Mazer-Marino |
| Case Name: | Barrys Auto Body Repair, Inc. | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******0384 Checking Account |
| Taxpayer ID No: | **-***1304 | | Blanket bond (per case limit): | 77,473,905.00 |
| For Period Ending: | 7/3/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/09/2018 | 53027 | Vsa Services Corp. C/O Thaler Law Firm Pllc 675 Old Country Road Westbury, New York 11590 | Disb of 49.85% to Claim #00006 | 7100-000 | | 89,730.10 | 81.43 |
| 05/09/2018 | 53028 | American Infosource Lp As Agent For Directv, Llc Po Box 5008 Carol Stream , IL 60197-5008 | Disb of 49.85% to Claim #00007 | 7100-000 | | 81.43 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | Page Subtotals | 0.00 | 89,811.53 |
| | | | **COLUMN TOTALS** | 1,499,705.35 | 1,499,705.35 |
| | | | Less:Bank Transfer/CD's | 1,499,705.35 | 0.00 |
| | | | **SUBTOTALS** | 0.00 | 1,499,705.35 |
| | | | Less: Payments to Debtors | | 0.00 |
| | | | **Net** | 0.00 | 1,499,705.35 |

| | | **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
|---|---|---|---|---|---|
| All Accounts Gross Receipts: | 2,001,983.98 | | | | |
| All Accounts Gross Disbursements: | 2,001,983.98 | ******0384 Checking Account | 0.00 | 1,499,705.35 | |
| All Accounts Net: | 0.00 | ******6092 Checking Account | 0.00 | 44,553.20 | |
| | | ******6109 Checking Account | 2,001,983.98 | 457,725.43 | |

UST Form 101-7-TDR (10/1/2010) (Page 17)                                                                                               Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-10505 | | Trustee Name: | Jil Mazer-Marino |
| Case Name: | Barrys Auto Body Repair, Inc. | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******0384 Checking Account |
| Taxpayer ID No: | **-***1304 | | Blanket bond (per case limit): | 77,473,905.00 |
| For Period Ending: | 7/3/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | **Net Totals** | | 2,001,983.98 | 2,001,983.98 | 0.00 |